**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03037-CMA-KMT

JOSEPH GALBREATH,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 8), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: February __09__, 2011

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Court Judge